# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 15-00106-01-CR-W-DW |
| | ) |
| **TIMOTHY RUNNELS,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT SENTENCING EXHIBIT LIST

COME NOW plaintiff, United States, and defendant, Timothy Runnels, by and through their respective counsel of record, and hereby jointly file the attached list of exhibits which they may offer at the sentencing in this matter scheduled for May 26, 2016. By agreement of the parties, the exhibits noted on the attached lists will be submitted to the Court prior to the sentencing hearing for review out of the presence of the parties, including the defendant. The parties request leave to amend their respective list of exhibits as needed.

        Respectfully submitted,

        Tammy Dickinson
        United States Attorney

By:     s/ *David M. Ketchmark*
        DAVID M. KETCHMARK   #29732
        Assistant United States Attorney
        Charles Evans Whittaker Courthouse
        400 E 9th Street, Room 5510
        Kansas City, Missouri 64105
        Office: (816) 426-3122
        David.ketchmark@usdoj.gov
        *Attorneys for Plaintiff*

1

WYRSCH HOBBS & MIRAKIAN, P.C.

By:    <u>s/ *James R. Hobbs*</u>
       JAMES R. HOBBS      #29732
       1200 Main, Suite 2110
       Kansas City, Missouri 64105
       Office: (816) 221-0080
       Fax: (816) 221-3280
       jrhobbs@whmlaw.net
       ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of April, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

       <u>s/ James R. Hobbs</u>
       ***Attorney for Defendant Runnels***

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DISTRICT

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| vs. | ) | Case No. 15-00106-01-CR-W-DW |
|  | ) |  |
| TIMOTHY RUNNELS, | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |

## GOVERNMENT'S SENTENCING EXHIBIT INDEX

| ✓ | = | Offered & Admitted w/o objection |
|---|---|---|
| Ex. | = | Offered, but objected to & excluded |
| D.B. | = | Admitted, de bene |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 |  |  |  | **DVD of dashcam** |
| 2 |  |  |  | **Affidavit of Keim** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible.**

PRINTED NAME

SIGNATURE

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 15-00106-01-CR-W-DW |
| TIMOTHY RUNNELS, | ) | |
| Defendant. | ) | |

### DEFENDANT'S SENTENCING EXHIBIT INDEX

| ✓ | = | Offered & Admitted w/o objection |
| Ex. | = | Offered, but objected to & excluded |
| D.B. | = | Admitted, de bene |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | **Affidavit of Guilbault** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**I certify that I have this date** _____ **received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible.**

**PRINTED NAME**

**SIGNATURE**