# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES,** | ) |
| | ) |
|         **Plaintiff,** | ) |
| | ) |
| **vs.** | )   Case No. 15-00106-01-CR-W-DW |
| | ) |
| **TIMOTHY RUNNELS,** | ) |
| | ) |
|         **Defendant.** | ) |

## DEFENDANT'S AMENDED SENTENCING EXHIBIT LIST

COMES NOW defendant, Timothy Runnels, by and through his counsel of record, and hereby files the attached amended list of exhibits which he may offer at the sentencing in this matter scheduled for May 26, 2016. The defendant requests leave to amend his list of exhibits as needed.

                                        Respectfully submitted,

                                        WYRSCH HOBBS & MIRAKIAN, P.C.

By:     s/ *James R. Hobbs*
           JAMES R. HOBBS                   #29732
           1200 Main, Suite 2110
           Kansas City, Missouri 64105
           Office:  (816) 221-0080
           Fax:  (816) 221-3280
           jrhobbs@whmlaw.net
           ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of May, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

s/ James R. Hobbs
*Attorney for Defendant Runnels*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00106-01-CR-W-DW |
| ) | |
| **TIMOTHY RUNNELS,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S AMENDED SENTENCING EXHIBIT INDEX**

| ✓ | = | Offered & Admitted w/o objection |
|---|---|---|
| Ex. | = | Offered, but objected to & excluded |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | **Affidavit of Guilbault** |
| 2 | | | | **Guideline Alternative** |
| 3 | | | | **KCPD Academy Taser Training Certificate (2007)** |
| 4 | | | | **IPD Recertification Training (2013)** |
| 5 | | | | **Affidavit of Kirk Roberts, M.D.** |
| 6 | | | | **MDT Information - Warrant Assoc. with plate** |
| 7 | | | | **Report re vehicle window** |

**I certify that I have this date** _____ **received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible.**

**PRINTED NAME**
_____
**SIGNATURE**

_____