IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-00106-01-CR-W-DW |
| | ) | |
| TIMOTHY RUNNELS, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S AMENDED LIST OF EXHIBITS

Comes now the United States of America by counsel and files the attached amended list of exhibits which the Government may offer at the sentencing hearing in this matter that is scheduled for May 26, 2016. The Government requests leave to amend this list of exhibits as needed.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By    *s/ David Ketchmark*

David Ketchmark #46929
First Assistant United States Attorney
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of May, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                *s/ David Ketchmark*
                                                  David Ketchmark
                                        First Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )   No. 15-00106-01-CR-W-DW
                                 )
TIMOTHY RUNNELS,                 )
                                 )
            Defendant.           )

## E X H I B I T S

| ✓    | = | Offered & admitted without objection. |
| ---- | - | ------------------------------------- |
| X.   | = | Offered & admitted over objection.    |
| Ex.  | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered.               |
| D.B. | = | Admitted, de bene.                    |
| W.D. | = | Offered then withdrawn.               |
| Ltd. | = | Admitted for limited purpose.         |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
| --- | --- | --- | --- | --- |
| 1 | | | | Copy of Officer Runnels dash camera video (9/14/14) |
| 2 | | | | Photo – victim with AMR personnel (bates #5) |
| 3 | | | | Photo – blood on the concrete (bates #6) |
| 4 | | | | Photo – victim at the scene (bates #9) |
| 5 | | | | Photo – victim at hospital (bates #70) |
| 6 | | | | Photo – victim's head at hospital (bates #85) |
| 7 | | | | Photo – victim's chin close-up (bates #86) |
| 8 | | | | Defendant's Taser report (bates #885 - 914) |
| 9 | | | | Victim's dental records (bates #1638 – 1667) |

    I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____
PRINTED NAME

_____
SIGNATURE

| | | | | | |
|---|---|---|---|---|---|
| 10 | | | | | IPD activity log of defendant's car video (bates #869 – 874) |
| 11 | | | | | IPD summary log of event & statements (bates # 973 – 978) |
| 12 | | | | | Defendant's CPR/AED recertification cert. (bates # 953) |
| 13 | | | | | Defendant's IPD Taser certification form (bates # 1133) |
| 14 | | | | | Defendant's Taser recertification cert. (bates #954) |
| 15 | | | | | IPD training roster 05/14/13 (no bates #) |
| 16 | | | | | Taser recertification "Objectives of the Course & Powerpoint (bates # 2147 – 2159) |
| 17 | | | | | Defendant's Online University Certificates (bates # 1135) |
| 18 | | | | | Defendant's Use of Taser certificate 01/18/14 (bates #960) |
| 19 | | | | | IPD POST form for defendant (bates #961 – 963) |
| 20 | | | | | Taser Version 19 April, 2013 (bates #2112 – 2146) |
| 21 | | | | | KCPD Academy Taser course Objectives & Powerpoint (bates # 3148 – 3189) |
| 22 | | | | | IPD Field Report written by defendant 09/14/14 (no bates) |
| 23 | | | | | Stmt of Sgt. E.J. Keim, MSHP dated December 30, 2015 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |