IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 15-00106-01-CR-W-DW |
| TIMOTHY RUNNELS, | ) |
| Defendant. | ) |

Government's EXHIBITS Index of 5/26/16 Hearing

| ✓ | = | Offered & admitted without objection. |
| --- | --- | --- |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
| --- | --- | --- | --- | --- |
| 1 | ✓ | 5/26/16 | 9:35 | Copy of Officer Runnels dash camera video (9/14/14) |
| 2 | ✓ | 5/26 | 11:26 | Photo – victim with AMR personnel (bates #5) |
| 3 | ✓ | 5/26 | | Photo – blood on the concrete (bates #6) |
| 4 | ✓ | | | Photo – victim at the scene (bates #9) |
| 5 | ✓ | | | Photo – victim at hospital (bates #70) |
| 6 | ✓ | | | Photo – victim's head at hospital (bates #85) |
| 7 | ✓ | | | Photo – victim's chin close-up (bates #86) |
| 8 | ✓ | 5/26 | 10:19 | Defendant's Taser report (bates #885 - 914) |
| 9 | ✓ | 5/26 | 11:26 | Victim's dental records (bates #1638 – 1667) |

I certify that I have this date ___6/1/16___ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

David Ketchmark
PRINTED NAME

_____
SIGNATURE

| # | | Date | Time | Description |
|---|---|------|------|-------------|
| 10 | ✓ | 5/26 | 11:26 | IPD activity log of defendant's car video (bates #869 – 874) |
| 11 | ✓ | 5/26 | 11:26 | IPD summary log of event & statements (bates # 973 – 978) |
| 12 | | | | Defendant's CPR/AED recertification cert. (bates # 953) |
| 13 | | | | Defendant's IPD Taser certification form (bates # 1133) |
| 14 | | | | Defendant's Taser recertification cert. (bates #954) |
| 15 | | | | IPD training roster 05/14/13 (no bates #) |
| 16 | ✓ | 5/26 | 10:23 | Taser recertification "Objectives of the Course & Powerpoint (bates # 2147 – 2159) |
| 17 | ✓ | 5/26 | 10:29 | Defendant's Online University Certificates (bates # 1135) |
| 18 | ✓ | 5/26 | 10:29 | Defendant's Use of Taser certificate 01/18/14 (bates #960) |
| 19 | | | | IPD POST form for defendant (bates #961 – 963) |
| 20 | ✓ | 5/26/16 | 10:22 | Taser Version 19 April, 2013 (bates #2112 – 2146) |
| 21 | | | | KCPD Academy Taser course Objectives & Powerpoint (bates # 3148 – 3189) |
| 22 | | | | IPD Field Report written by defendant 09/14/14 (no bates) |
| 23 | ✓ | 5/26 | 11:27 | Stmt of Sgt. E.J. Keim, MSHP dated December 30, 2015 (no obj.) |