IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 15-00106-01-CR-W-DW |
| TIMOTHY RUNNELS, | ) |
| Defendant. | ) |

### DEFENDANT'S AMENDED SENTENCING EXHIBIT INDEX of 5/26/2016 Hearing

| ✓ | = | Offered & Admitted w/o objection |
|---|---|---|
| Ex. | = | Offered, but objected to & excluded |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | ✓ | 5/26/16 | 9:49 | Affidavit of Guilbault |
| 2 | ✓ | 5/26 | 11:26 | Guideline Alternative (no obj) |
| 3 | ✓ | 5/26 | 9:51 | KCPD Academy Taser Training Certificate (2007) |
| 4 | ✓ | 5/26 | 9:54 | IPD Recertification Training (2013) |
| 5 | ✓ | 5/26 | 10:44 | Affidavit of Kirk Roberts, M.D. |
| 6 | | | | MDT Information - Warrant Assoc. with plate |
| 7 | ✓ | 5/26 | 10:37 | Report re vehicle window |
| 8 | ✓ | 5/26 | 12:26 | Medical records |
| 9 | ✓ | 5/26 | 12:26 | Medical records |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible.

PRINTED NAME
Dr. Colton

SIGNATURE