# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-00106-01-CR-W DW |
| v. ) | |
| ) | |
| TIMOTHY RUNNELS, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT TIMOTHY RUNNELS' MOTION TO SEAL EXHIBITS AND SUPPORT LETTERS

COMES NOW Defendant Timothy Runnels, by and through his attorney, and hereby moves this Honorable Court to seal the exhibits submitted at the sentencing hearing of this matter on May 26, 2016. Further, Defendant moves this Honorable Court to seal all letters of support submitted by Defendant.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By: /s/ James R. Hobbs
James R. Hobbs          MO#29732
1200 Main, Suite 2110
Kansas City, Missouri 64105
jrhobbs@whmlaw.net
Tel: (816) 221-0080
Fax: (816) 221-3280
**ATTORNEY FOR DEFENDANT TIMOTHY RUNNELS**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 1st day of June, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

       /s/ James R. Hobbs
       *Attorney for Defendant*