# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-CR-00106-DW |
| v. ) | |
| ) | |
| TIMOTHY RUNNELS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Timothy Runnels' Motion to Seal Exhibits and Support Letters (Doc. 42) has been considered and is GRANTED. The exhibits submitted and/or referred to at Defendant's sentencing hearing on May 26, 2016, and June 1, 2016, and all letters of support submitted by Defendant, are hereby sealed.

IT IS SO ORDERED.

Date: June 1, 2016 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge