# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-00106-01-CR-W-DW |
| v. | ) | |
| | ) | |
| TIMOTHY RUNNELS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review, Defendant's Motion to Modify Order (Doc. 45) is GRANTED. IT IS HEREBY ORDERED that all marked exhibits by the government and Defendant received by the Court at Defendant's sentencing hearing held on May 26, 2016, be unsealed. The letters of support submitted by Defendant shall remain sealed as those letters were not marked and not received as exhibits.

IT IS SO ORDERED.

Date: June 6, 2016     /s/ Dean Whipple
Dean Whipple
United States District Judge